**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GABRIEL MCMORLAND, | Lead Case No. 2:23-cv-01147-AJS |
| Plaintiff, | |
| v. | |
| TOWERSTAR PETS, LLC doing business as NEATER PETS BRANDS, | |
| Defendant. | |
| GABRIEL MCMORLAND, | Case No. 2:23-cv-01221-AJS |
| Plaintiff, | |
| v. | |
| HARD CANDY, LLC, | |
| Defendant. | |

## <u>NOTICE OF SETTLEMENT</u>

COMES NOW Plaintiff Gabriel McMorland, by and through her undersigned counsel, and hereby advises this Honorable Court that she has reached an agreement in principle with Defendant, Hard Candy, LLC. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

Dated: October 25, 2023          Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com

(724) 730-1753

*Attorney for Plaintiff*